**Motion for Emergency Hearing denied, as underlying Emergency Motion to Stay Eviction Case has been ruled upon by the Court through separate Order.**



**SO ORDERED.**

**SIGNED this 03rd day of August, 2016.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| IN RE: | § |
| | § |
| **ANNE MARIE LIBERTY** | § CASE NO. 16-30920-hcm |
| | § |
| Debtor. | § CHAPTER 7 |

### ORDER GRANTING MOTION FOR EMERGENCY HEARING ON EMERGENCY MOTION TO STAY EVICTION CASE

After considering the "Motion For Emergency Hearing On Emergency Motion To Stay Eviction Case" (hereinafter referred to as the "Motion"), and the statements and arguments of counsel, the Court is of the opinion that the Motion should be granted as set forth below.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The "Motion For Emergency Hearing On Emergency Motion To Stay Eviction Case" is GRANTED; and,

2. The "Emergency Motion To Stay Eviction Case" (DOC# 9) is scheduled for

emergency hearing on _____, at _____ a.m./p.m. Debtor

shall provide immediate notice to all parties.

# # #

PREPARED BY:
Michael R. Nevarez
The Nevarez Law Firm, PC
Attorneys and Counselors At Law
P.O. Box 12247
El Paso, Texas 79913
Telephone: (915) 584-8000
Facsimile: (915) 584-8024
Email: MNevarez@LawOfficesMRN.com

