**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 15, 2016.**

_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | CASE NO. 16-30920-HCM |
| ANNE MARIE LIBERTY | § | |
| | § | (Chapter 7) |
| Debtor. | § | |

**ORDER GRANTING MOTION TO VACATE
ORDER GRANTING APPLICATION FOR WAIVER OF
<u>CHAPTER 7 FILING FEE, AND REQUIRING PAYMENT OF FILING FEE</u>**

On September 15, 2016 the Court conducted a hearing on the Motion to Vacate Order Granting Application for Waiver of the Chapter 7 Filing Fee ("Motion") (dkt# 13) filed by Ronald Ingalls as chapter 7 trustee ("Trustee"). Appearing at the hearing was counsel for Anne Marie Liberty ("Debtor") and the Trustee. The Court has considered the Motion, the Response (dkt# 17) filed on behalf of the Debtor, the statements and arguments of counsel, the evidence admitted, and the record in this bankruptcy case. For the reasons stated by the Court on the record at the hearing, the Court finds that the Motion should be granted and the following Order should be entered.

1

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:**

1. The Order Granting Application for Waiver of the Chapter 7 Filing Fee entered by the Court on June 17, 2016 (dkt# 4) is hereby vacated.

2. Debtor's counsel shall pay the filing fee of $335 to the Clerk of this Court within 14 days after entry of this Order.

3. If the filing fee of $335 is not paid to the Clerk of this Court within 14 days after entry of this Order, then the Court may dismiss this case under 11 U.S.C. § 707(a)(2) without further notice or hearing.

# # #